UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>IGNACIO SANCHEZ,<br>    AKA "GIDDY";<br>RAY PINON,<br>    AKA "LIL RAY";<br>BENNY GONZALES,<br>    AKA "HUERO";<br>RAMONA FELISCIANO;<br>JENNIFER ESCOBEDO;<br>ARMANDO ALFARO,<br>    AKA "WHISPER";<br>LUIS AMARO AGUILAR;<br>SERVANDO AYALA;<br>CARLY BALBOA;<br>TIMOTHY CHENOT,<br>    AKA "LIL WHISPER";<br>BARBARA DIAZ;<br>BRIAN FORNES;<br>SUSANNA GARCIA;<br>AXEL GUEVARA,<br>    AKA "ACTION";<br>CARLOS GUILLEN,<br>    AKA "C-DOG";<br>GILBERTO HERNANDEZ;<br>ANTHONY JEFF;<br>    AKA "ENVY";<br>JOSE LICEA, | CASE NO. 1:25-MJ-72<br><br>ORDER UNSEALING COMPLAINT |

|   |   |
|---|---|
| 1 | AKA "T-BIRD"; |
|   | VICTORIA LIMA; |
| 2 | ANGEL SOLORIO LOPEZ, |
|   |     AKA "RONZO"; |
| 3 | RICARDO LOPEZ, |
| 4 |     AKA "R-DOG"; |
|   | DAMIEN MURPHY; |
| 5 | BRIDGETT MURPHY; |
|   | RICARDO NUNEZ; |
| 6 | LAURA PLASENCIA, |
| 7 |     AKA "LP"; |
|   | GRACIE PULIDO; |
| 8 | JESUS QUESADA, |
|   |     AKA "ROJO"; |
| 9 | DANIEL LOUBET ROMERO, |
|   |     AKA "TOPO"; |
| 10| DEBBIE SANCHEZ; |
| 11| NAUL SANDOVAL; |
|   | ANGEL SOTO RIOS; |
| 12| RODRIGO RUVALCABA, |
|   |     AKA "REGAL"; |
| 13| VICTOR TAMAYO; |
|   | ALEXANDER VASQUEZ, |
| 14|     AKA "A-DOG"; |
| 15| HEMIR ALONSO FEVELA VELAZQUEZ; |
|   | HERMAN VIERRA JR.; |
| 16| LOUIS BONILLA; and |
|   | CRYSTAL MARTINEZ, |
| 17|                             Defendants. |

Good cause due to the defendants; pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

IT IS SO ORDERED.

Dated:   **June 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge