ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO SANCHEZ, et al.<br><br>Defendants. | CASE NO. 1:25-CR-00132-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for December 3, 2025, at 1:00 pm before the Honorable Sheila K. Oberto be continued to June 3, 2026 at 1:00 p.m as to all defendants.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. December 3, 2025, is the first status conference in the above-captioned case.

2. The parties and the United States have been engaged in plea negotiation.

3. The government has previously turned over Volumes 1 and 2 of discovery, comprising approximately 200 GB of discovery as well as approximately 6200 Bates-numbered pages.

4. The government is in the process of producing Volume 3 of discovery, comprising approximately 15 GB of discovery and 2071 Bates-stamped pages.

5. Additional individual discovery has also been produced as appropriate.

Stipulation                                                          1

6. Given the volume of discovery and complexity of the case, the parties believe that it will take approximately six months for the parties to examine discovery and engage in meaningful plea negotiations.

7. Additionally, many defendants face connected proceedings in state court, which necessitates additional coordination in order to reach any global resolution.

8. By this stipulation, the parties now move to continue the status conference, and to exclude time from December 3, 2025, to June 3, 2026.

9. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Substantial additional discovery is anticipated to be produced before the next hearing. Defense would like additional time to review discovery and investigate the foundation for a resolution by plea or trial further.

    b) The government does not object to the continuance.

    c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2025 to June 3, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the

Stipulation      2

1  Court's finding that the ends of justice served by taking such action outweigh the best interest of
2  the public and the defendants in a speedy trial.
3      10.   Nothing in this stipulation and order shall preclude a finding that other provisions of the
4  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
5  must commence.

Dated: November 21, 2025      Respectfully submitted,

ERIC GRANT
United States Attorney

By */s/ Robert L. Veneman-Hughes, Antonio J. Pataca, and Luke B. Baty*
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys

Dated: November 21, 2025    By: */s/ Marc Days*
Marc Days
Attorney for Defendant
Ignacio Sanchez

Dated: November 21, 2025    By: */s/ Mark Coleman*
Mark Coleman
Attorney for Defendant
Ray Pinon

Dated: November 21, 2025    By: */s/ John Garland*
John Garland
Attorney for Defendant
Benny Gonzales

Dated: November 21, 2025    By: */s/ Griffin Estes*
Griffin Estes
Attorney for Defendant
Ramona Felisciano

Dated: November 21, 2025    By: */s/ Danica Mazenko*
Danica Mazenko
Attorney for Defendant
Jennifer Escobedo

Dated: November 21, 2025    By: */s/ Eric Kersten*
Eric Kersten
Attorney for Defendant
Armando Alfaro

|   |   |   |   |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 | Dated: November 21, 2025 | By: | */s/ Timothy Hennessy* <br> Timothy Hennessy <br> Attorney for Defendant <br> Luis Aguilar |
| 4 |   |   |   |
| 5 | Dated: November 21, 2025 | By: | */s/ Yan Shrayberman* <br> Yan Shrayberman <br> Attorney for Defendant <br> Servando Ayala |
| 6 |   |   |   |
| 7 |   |   |   |
| 8 | Dated: November 21, 2025 | By: | */s/ Douglas Foster* <br> Douglas Foster <br> Attorney for Defendant <br> Carly Balboa |
| 9 |   |   |   |
| 10 | Dated: November 21, 2025 | By: | */s/ Kevin J. Rooney* <br> Kevin J. Rooney <br> Attorney for Defendant <br> Timothy Chenot |
| 11 |   |   |   |
| 12 |   |   |   |
| 13 | Dated: November 21, 2025 | By: | */s/ Steven Crawford* <br> Steven Crawford <br> Attorney for Defendant <br> Barbara Diaz |
| 14 |   |   |   |
| 15 | Dated: November 21, 2025 | By: | */s/ Richard Beshwate* <br> Richard Beshwate <br> Attorney for Defendant <br> Carly Balboa |
| 16 |   |   |   |
| 17 |   |   |   |
| 18 | Dated: November 21, 2025 | By: | */s/ Patrick Aguirre* <br> Patrick Aguirre <br> Attorney for Defendant <br> Susanna Garcia |
| 19 |   |   |   |
| 20 | Dated: November 21, 2025 | By: | */s/ Kevin P. Rooney* <br> Kevin P. Rooney <br> Attorney for Defendant <br> Axel Guevera |
| 21 |   |   |   |
| 22 |   |   |   |
| 23 | Dated: November 21, 2025 | By: | */s/ Anthony Capozzi* <br> Anthony Capozzi <br> Attorney for Defendant <br> Carlos Guillen |
| 24 |   |   |   |
| 25 | Dated: November 21, 2025 | By: | */s/ Todd Leras* <br> Todd Leras <br> Attorney for Defendant <br> Gilberto Hernandez |
| 26 |   |   |   |
| 27 |   |   |   |
| 28 |   |   |   |

Stipulation  4

| | | | |
|---|---|---|---|
| Dated: November 21, 2025 | | By: | */s/ Peter Jones* <br> Peter Jones <br> Attorney for Defendant <br> Anthony Jeff |
| Dated: November 21, 2025 | | By: | */s/ Mai Shawwa* <br> Mai Shawwa <br> Attorney for Defendant <br> Jose Licea |
| Dated: November 21, 2025 | | By: | */s/ Serita Rios* <br> Serita Rios <br> Attorney for Defendant <br> Victoria Lima |
| Dated: November 21, 2025 | | By: | */s/ Scott Quinlan* <br> Scott Quinlan <br> Attorney for Defendant <br> Christopher Angel Solorio Lopez |
| Dated: November 21, 2025 | | By: | */s/ Kresta Daly* <br> Kresta Daly <br> Attorney for Defendant <br> Ricardo Lopez |
| Dated: November 21, 2025 | | By: | */s/ Michael McKneely* <br> Michael McKneely <br> Attorney for Defendant <br> Damien Murphy |
| Dated: November 21, 2025 | | By: | */s/ Michael Aed* <br> Michael Aed <br> Attorney for Defendant <br> Bridgette Murphy |
| Dated: November 21, 2025 | | By: | */s/ Adilene Flores Estrada* <br> Adilene Flores Estrada <br> Attorney for Defendant <br> Ricardo Nunez |
| Dated: November 21, 2025 | | By: | */s/ Michael Hansen* <br> Michael Hansen <br> Attorney for Defendant <br> Laura Plasencia |
| Dated: November 21, 2025 | | By: | */s/ Serita Rios* <br> Serita Rios <br> Attorney for Defendant <br> Jesus Quesada |
| Dated: November 21, 2025 | | By: | */s/ Roger Bonakdar* <br> Roger Bonakdar <br> Attorney for Defendant <br> Daniel Loubet Romero |

Stipulation

| | | | |
|---|---|---|---|
| Dated: November 21, 2025 | | By: | */s/ Dina Santos* |
| | | | Dina Santos |
| | | | Attorney for Defendant |
| | | | Debbie Sanchez |
| Dated: November 21, 2025 | | By: | */s/ Daniel Harralson* |
| | | | Daniel Harralson |
| | | | Attorney for Defendant |
| | | | Naul Sandoval |
| Dated: November 21, 2025 | | By: | */s/ Monica Bermudez* |
| | | | Monica Bermudez |
| | | | Attorney for Defendant |
| | | | Angel Soto Rios |
| Dated: November 21, 2025 | | By: | */s/ Marshall Hodgkins* |
| | | | Marshall Hodgkins |
| | | | Attorney for Defendant |
| | | | Victor Tamayo |
| Dated: November 21, 2025 | | By: | */s/ Victor Nasser* |
| | | | Victor Nasser |
| | | | Attorney for Defendant |
| | | | Alexander Vasquez |
| Dated: November 21, 2025 | | By: | */s/ David Torres* |
| | | | David Torres |
| | | | Attorney for Defendant |
| | | | Hemir Velazquez |
| Dated: November 21, 2025 | | By: | */s/ Robert Lamanuzzi* |
| | | | Robert Lamanuzzi |
| | | | Attorney for Defendant |
| | | | Louis Bonilla |
| Dated: November 21, 2025 | | By: | */s/ Galatea DeLapp* |
| | | | Galatea DeLapp |
| | | | Attorney for Defendant |
| | | | Crystal Martinez |

ORDER

The status conference set for December 3, 2025, is continued to June 3, 2026, at 1:00 p.m. Time is excluded through and including June 3, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 24, 2025**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE